IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Residential Funding Company, LLC,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Impac Funding Corp.,<br><br>　　　　　　　　　　　Defendant. | Case No. 13-cv-03506 JNE/SER<br><br>**DEFENDANT IMPAC FUNDING CORP.'S MOTION FOR SUMMARY JUDGMENT** |

　　　　Having received the Court's permission (ECF 104), Defendant Impac Funding Corp. ("Impac Funding"), moves the Court for summary judgment of RFC's litigation against it. Impac Funding will separately file a notice of hearing, memorandum of law, affidavits and exhibits, meet and confer statement, and proposed order in support of this motion consistent with District of Minnesota Local Rule 7.1(c). This motion is based on all the files, pleadings, and records in this case, as well as the memorandum of law, all affidavits and exhibits, and the proposed order pursuant to Local Rule 7.1.

Dated:  January 6, 2015           **GREENE ESPEL PLLP**

                                                            s/ Erin Sindberg Porter
Erin Sindberg Porter, Reg. No. 388345
Katherine M. Swenson, Reg. No. 0389280
222 South Ninth Street, Suite 2200
Minneapolis, MN  55402
Telephone:   (612) 373-0830
Facsimile:    (612) 373-0929
ESindbergPorter@GreeneEspel.com
KSwenson@GreeneEspel.com

*Attorneys for Defendant Impac Funding Corp.*