## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

In re: RFC AND RESCAP LIQUIDATING TRUST LITIGATION

Civil No. 13-3451 (SRN/HB)

―――――――――――――――――――――――   ―――――――――――――――――――――――

**This Document Relates to:**

**Civil No. 13-3506 (SRN/HB)**

RESIDENTIAL FUNDING COMPANY, LLC,

      Plaintiff,

v.

IMPAC FUNDING CORPORATION,

      Defendant.

**CLARIFICATION OF DECEMBER 8, 2016 ORDER**

> Donald G. Heeman and Jessica J. Nelson, **FELHABER LARSON**, 220 South Sixth Street, Suite 2200, Minneapolis, MN  55402; Peter E. Calamari, Isaac Nesser, David Elsberg, and Anthony P. Alden, **QUINN EMANUEL URQUHART & SULLIVAN, LLP**, 51 Madison Avenue, 22nd Floor, New York, NY  10010; and Johanna Ong, **QUINN EMANUEL URQUHART & SULLIVAN, LLP**, 865 South Figueroa Street, 10th Floor, Los Angeles, CA  90017; and Jeffrey A. Lipps and Jennifer A.L. Battle, **CARPENTER LIPPS & LELAND LLP**, 280 North High Street, Suite 1300, Columbus, OH  43215, for plaintiff.
>
> Erin Sindberg Porter and Mark L. Johnson, **GREENE ESPEL PLLP**, 222 South Ninth Street, Suite 2200, Minneapolis, MN  55402; and Todd A. Noteboom, W. Anders Folk, Timothy P. Griffin, Sharon R. Markowitz, and William D. Thomson, **STINSON LEONARD STREET LLP**, 150 South Fifth Street, Suite 2300, Minneapolis, MN  55402, for defendant.

The Court has received a request for clarification [Docket No. 2058] regarding its December 8, 2016 Order [Docket No. 2023] in the above captioned case.  The Court hereby modifies its Order and permits Stinson to remain engaged in the case as discovery counsel until January 31, 2017, provided Stinson withdraws its appearance as counsel of record and does not appear before Judge Nelson.  The Court finds the request of Stinson

to be reasonable and consistent with the Court's goal of ensuring expedient handling of this litigation.

DATED:  December 30, 2016               s/ John R. Tunheim
at Minneapolis, Minnesota.               JOHN R. TUNHEIM
                                                                                                                       Chief Judge
                                                            United States District Court